**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RABI ZAID ELAYYAN HASSAN, | Case No. 5:26-cv-03868-JMS-DMK |
| Petitioner, | |
| v. | **ORDER GRANTING UNOPPOSED HABEAS PETITION** |
| ACTING WARDEN, *et al*., | |
| Respondents. | |

Petitioner Rabi Zaid Elayyan Hassan is a citizen of Jordan who was previously released pursuant to an Order of Release on Recognizance as of May 19, 2024, and has been detained in the custody of Immigration and Customs Enforcement (ICE) since appearing at a scheduled check-in with ICE on June 15, 2026. ECF 1 at 7. At the time of his arrest, Petitioner did not receive either a pre-detention hearing or any notice of changed circumstances that would justify his re-detention. *Id.*

Through a counseled habeas petition, Petitioner alleges his detention violates the Fourth Amendment, 8 U.S.C. § 1226(a), and 8 C.F.R. §§ 236.1, 1236.1, and 1003.19. *Id.* at 14-15. In their answer to the petition, Respondents state that they

"are not presenting an opposition argument at this time." ECF 8 at 2. The Court thus construes the petition as unopposed.

So construed, the petition under 28 U.S.C. § 2241 is **GRANTED**. Petitioner Rabi Zaid Elayyan Hassan (A226 049 845) is hereby **ORDERED RELEASED** from ICE custody immediately on conditions of release no more restrictive than those in effect when he was most recently detained. Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: July 24, 2026



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

Presented by:

_____
Hon. Diana M. Kwok
United States Magistrate Judge

2