**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

RABI ZAID ELAYYAN HASSAN,
Petitioner,
v.
ACTING WARDEN, *et al.*,
Respondents.

Case No. 5:26-cv-03868-JMS-DMK

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Rabi Zaid Elayyan Hassan (A226 049 845) from custody on conditions of release no more restrictive than those in effect when he was most recently detained, and immediately return any confiscated property and documents to Petitioner upon release.

Respondents shall file a notice of compliance within three days of the date of this order.

DATED: July 24, 2026

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge